IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**REBECCA LEGREE,**

    **Plaintiff,**

**vs.**                                                       **5:05-CV-173-SPM**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 31) filed June 28, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. To date, no objections have been received.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 31) is adopted and incorporated by reference in this order.

2.  Defendant's motion for summary judgment (doc. 13) is hereby *granted*.

3.  This case is *dismissed*.

**DONE AND ORDERED** this <u>thirty-first</u> day of July, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge